

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| TONY MARK TEEPLES | |
| LEIGHANN TEEPLES | CASE NO. 09-33581 |
| Debtors. | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
Cache Valley Community Center                $5.29
550 East 1400 North Ste K
Logan, UT 84321

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$5.29** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 3rd day of November 2010.

_/s/_____
Steven R. Bailey, Trustee